**"UNDER SEAL"**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

NOV 15 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR430-W |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | INDICTMENT |
| (1) JOSEPH DiBRUNO, JR. | ) | |
| (2) JOSEPH DiBRUNO, SR. | ) | |
| (3) NICHOLAS DiBRUNO | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Bill of Indictment, arrest warrants and summon be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment, arrest warrants and summon be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of November, 2006.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE