IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06-CR-430-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOSPEH DiBRUNO, JR., JOSPEH DiBRUNO, SR., and NICHOLAS DiBRUNO,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

For good cause shown, the Government's Rule 6(e)(3) motion to disclose grand jury materials to Langdon Cooper (Doc. No. 97) is ALLOWED.

IT IS SO ORDERED.

Signed: October 30, 2007

Frank D. Whitney
United States District Judge